IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF ARKANSAS
FORT SMITH DIVISION

PENNY JEAN ELLIOTT                                                                                          PLAINTIFF

V.                                          NO. 12-2112

CAROLYN W. COLVIN, Commissioner
Social Security Administration                                                                         DEFENDANT

## JUDGMENT

For the reason stated in the memorandum opinion of this date, the decision of the Commissioner is AFFIRMED and the Plaintiff's case is DISMISSED with PREJUDICE. **The parties have sixty (60) days from entry of the judgment on the docket in which to appeal**.

IT IS SO ORDERED this June 26, 2013.

/s/ J. Marschewski
HONORABLE JAMES R. MARSCHEWSKI
Chief United States Magistrate Judge

+