IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF ARKANSAS
FORT SMITH DIVISION

PENNY JEAN ELLIOTT                                                                          PLAINTIFF

V.                                          NO.  12-2112

CAROLYN W. COLVIN, Commissioner
Social Security Administration                                                           DEFENDANT

<u>JUDGMENT</u>

For the reason stated in the memorandum opinion of this date, the decision of the Commissioner is AFFIRMED and the Plaintiff's case is DISMISSED with PREJUDICE.  **The parties have sixty (60) days from entry of the judgment on the docket in which to appeal**.


IT IS SO ORDERED this June 26, 2013.


<u>/s/ J. Marschewski</u>
HONORABLE JAMES R. MARSCHEWSKI
Chief United States Magistrate Judge

+